IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTINE TROUTMAN,
on behalf of herself and
all others similarly situated,

Plaintiff,

v.

WESTON MEMORY CARE, LLC, SANCTUARY
CARE GROUP, LLC, MIDWEST ASSISTED LIVING
PARTNERS, LLC, MIDWEST ASSISTED LIVING
PARTNERS I, LLC, MIDWEST ASSISTED LIVING
PARTNERS II, LLC, and MIDWEST ASSISTED
LIVING PARTNERS III, LLC,

Defendants.

ORDER

20-cv-332-jdp

---

The court held a fairness hearing on the parties' motion for final approval of the class settlement and on class counsel's motion for fees and costs.

IT IS ORDERED THAT:

1. The motion to approve the settlement agreement, Dkt. 72, is GRANTED.

2. The Second Amended Settlement Agreement and Release of Claims, Dkt. 64-1, is approved under Federal Rule of Civil Procedure 23 as fair, reasonable, and adequate, and it is approved under the Fair Labor Standards Act as a fair and reasonable resolution of a bona fide dispute.

3. All members of the collective and all class members who did not timely and properly opt-out of the Second Amended Settlement Agreement are bound by the agreement.

4. The service award to Christine Troutman in the amount of $2,000.00 is approved.

5. Class counsel's requested award of attorneys' fees and costs in the total amount of $44,214.76 is approved.

6. The claims released in the Second Amended Settlement Agreement are dismissed with prejudice.

7. Class counsel may have until April 20, 2022, to distribute the settlement. Counsel is to use reasonable efforts to distribute the settlement to class members with unknown undresses, including by contacting those members using their last known telephone number and email address.

8. The clerk of court is directed to enter judgment and close this case.

Entered _MARCH 10_, 2022.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge