IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE TROUTMAN,
on behalf of herself and
all others similarly situated,

    Plaintiff,

  v.

WESTON MEMORY CARE, LLC,
SANCTUARY CARE GROUP, LLC,
MIDWEST ASSISTED LIVING PARTNERS, LLC,
MIDWEST ASSISTED LIVING PARTNERS I, LLC,
MIDWEST ASSISTED LIVING PARTNERS II, LLC,
and MIDWEST ASSISTED LIVING PARTNERS III, LLC,

    Defendants.

Case No. 20-cv-332-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying a collective under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and a class under Fed. R. Civ. P. 23, as follows:

> The FLSA Collective: All current and former hourly-paid, non-exempt employees employed by Sanctuary Care Group, LLC, Weston Memory Care, LLC, Midwest Assisted Living Partners, LLC, Midwest Assisted Living Partners I, LLC, Midwest Assisted Living Partners II, LLC, or Midwest Assisted Living Partners III, LLC, at Tender Reflections communities between April 2017 and April 2020 and who worked in excess of forty (40) hours in any workweek and who received a form of non-discretionary compensation that was not included in the employee's regular rate of pay for overtime compensation purposes.

> The Wisconsin Class: All current and former hourly-paid, non-exempt employees employed by Sanctuary Care Group, LLC, Weston Memory Care, LLC, Midwest Assisted Living

Partners, LLC, Midwest Assisted Living Partners I, LLC, Midwest Assisted Living Partners II, LLC, or Midwest Assisted Living Partners III, LLC, at Tender Reflections communities between April 2018 and April 2020 and who, in any workweek during that period, worked in excess of forty (40) hours and received a shift premium (including holiday and pandemic premiums), Heavy Lifting premium, attendance bonus, and/or shift pick-up bonus in addition to their usual or customary hourly rates of pay.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered approving the Second Amended Settlement Agreement and Release of Claims dated October 5, 2021; approving a service award to plaintiff Christine Troutman in the amount of $2,000.00; approving an award of attorney fees and costs to class counsel in the amount of $44,214.76; allocating an amount not to exceed $8,685.00 to the collective and class members; and dismissing the claims released in the Second Amended Settlement Agreement with prejudice.

Approved as to form this __15TH__ day of March, 2022.

_____
James D. Peterson
District Judge

_____          __3/15/22__
Peter Oppeneer                                  Date
Clerk of Court